**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | BMX Transport, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-2492599 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1408 Jag Drive | BMX Transport LLC |
| Number    Street | Number    Street |
| | 2850 Hog Mountain Road, Suite 201 |
| | P.O. Box |
| Gainesville    GA    30507 | Dacula    GA    30019 |
| City    State    ZIP Code | City    State    ZIP Code |
| Hall County | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  BMX Transport, LLC                                   Case number (if known)_____
         Name

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>484230 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply:*<br>　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　　☐ A plan is being filed with this petition.<br>　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____  Relationship _____<br>　　　　　District _____  When _____<br>　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　Case number, if known _____ |

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page **2**

Debtor  BMX Transport, LLC                               Case number (*if known*)_____
        Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                         Number    Street<br>_____<br>_____<br>City                     State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49             ☐ 1,000-5,000          ☐ 25,001-50,000<br>☐ 50-99            ☐ 5,001-10,000         ☐ 50,001-100,000<br>☑ 100-199          ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000            ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor  BMX Transport, LLC  
_____Name_____                                              Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/20/2025  
MM / DD / YYYY

✗ /s/ Ilya Stepanskiy                          Ilya Stepanskiy  
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✗ /s/ Benjamin Keck                          Date  05/20/2025  
Signature of attorney for debtor                      MM / DD / YYYY

Benjamin Keck  
Printed name  
Keck Legal, LLC  
Firm name  
2801 Buford Highway NE Suite 115  
Number    Street  
Atlanta                                      GA        30329  
City                                          State    ZIP Code  

4708266020                              bkeck@kecklegal.com  
Contact phone                              Email address  

943504                                  GA  
Bar number                              State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name __BMX Transport, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Rhonda Michelle Crenshaw<br>PO Box 81572<br>Bakersfield, CA, 93302 | | Negligence claim - Vehicle Accident | Disputed<br>Unliquidated | | | 250,000.00 |
| 2 | TBK Thompson Brody & Kaplan, LLC<br>161 North Clark Street<br>Suite 3575<br>Chicago, IL, 60601 | info@tbkllp.com | Reimbursement of Property Damage | Disputed | | | 246,194.96 |
| 3 | Pawnee Leasing Corporation / Tandem Finance (Former C.A.)<br>3801 Automation Way<br>Suite 207<br>Fort Collins, CO, 80525 | info@tandem-financial.com | Deficiency Balance | | | | 159,350.83 |
| 4 | Xtra Lease LLC<br>PO Box 219562<br>Kansas City, MO, 64121 | 4049486200<br>easternregion@xtra.com | Rent Services | Disputed | | | 142,411.99 |
| 5 | John Bloomfield<br>P.O. Box 642<br>Buford, GA, 30515 | jbloom870@gmail.com | Driver Services | | | | 43,531.91 |
| 6 | Georgia IRP Registration - Georgia Department of Revenue<br>1800 Century Center Blvd<br>Suite 9100<br>Atlanta, GA, 30345 | | Taxes & Other Government Units | | | | 38,423.76 |
| 7 | Momnt / Cross River Bank<br>P.O. Box 28619<br>Atlanta, GA, 30328 | info@crossriver.com | Monies Loaned / Advanced | | | | 37,127.86 |
| 8 | Shoaib Qazizada<br>3235 Sunrise Village Lune<br>Apt C<br>Norcross, GA, 30093 | shoaibqazizada@yahoo.com | Driver Services | | | | 34,780.24 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor  BMX Transport, LLC
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Angelo Barrera<br>2300 Park Canyon Dr #204<br>Dalton, GA, 30720 | angelob912@gmail.com | Driver Services | | | | 28,662.99 |
| 10 | Aleksey Kornilaev<br>4036 Chattahoochee Rd<br>Cumming, GA, 30041 | aleksejkornilaev2926@gmail.com | Services | | | | 25,593.50 |
| 11 | Elizaveta Korneeva<br>115 Pine Rise Ct<br>Alpharetta, GA, 30022 | liza.korneeva@hotmail.com | Administrative Services | | | | 18,500.00 |
| 12 | Dzhon Cherkez<br>22010 Orchard Dale Dr<br>Spring, TX, 77389 | dzh#028@slmail.me | Driver Services | | | | 15,224.94 |
| 13 | Mann Packaging<br>P.O. BOX 149222<br>Miami, FL, 33114-9222 | info@veggiesmadeeasy.com | Services | | | | 12,626.81 |
| 14 | Vadim Lutenco<br>2845 Friendship Rd<br>Buford, GA, 30519 | vadimex09@gmail.com | Driver Services | | | | 11,726.23 |
| 15 | Nikolay Shelepugin<br>2035 Lake Fountain Dr<br>Katy, TX, 77494 | niksvid@gmail.com | Driver Services | | | | 11,277.50 |
| 16 | Internal Revenue Service<br>1973 Rulon White Blvd<br>Ogden, UT, 84201 | | Taxes & Other Government Units | | | | 11,000.00 |
| 17 | Daniil Khvan<br>67 Sinclair Way<br>Monroe, GA, 30655-5392 | rh2488r@gmail.com | Services | | | | 10,881.55 |
| 18 | Mykola Cherkez<br>5701 Vandalia Trl<br>Arlington, TX, 76017 | mcherkez@protonmail.com | Services | | | | 10,250.00 |
| 19 | Zoia Kukharchuk<br>3725 Preston Pointe Way<br>Cumming, GA, 30041 | | Services | | | | 10,137.50 |
| 20 | Elvina Zemlyak<br>1551 Rocky Knoll Ln<br>Dacula, GA, 30019 | | Administrative Services | | | | 8,811.25 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

United States Bankruptcy Court

Northern District of Georgia

In re: BMX Transport, LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/20/2025

/s/ Ilya Stepanskiy
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

Ahmad Panjsheri
10615 SE 172ND ST
Apt W307
Renton, WA 98055

Aleksey Kornilaev
4036 Chattahoochee Rd
Cumming, GA 30041

Andrii Lazurko
2515 Wildflower Ln SW
Snellville, GA 30039

Angelo Barrera
2300 Park Canyon Dr #204
Dalton, GA 30720

Atlanta Commercial Board of Realtors, Inc
1550 Winder Highway
Jefferson, GA 30549

Aurelia Dubenco
Milabrega SRL, MD-3100, str. Franco I. 26
mun. Balti, Republica Moldova

Bank of America Leasing & Capital, LLC
135 S. Lasalle St.
Chicago, IL 60674

BMO
P.O. Box 6201
Carol Stream, IL 60197-6201

Connecticut Department of Revenue Services (DRS)
450 Columbus Boulevard
Suite 1
Hartford, CT 06103

Credit Collection Services
CCS Payment Processing Center PO Box 555126
Boston, MA 02205-5126

Daniel Stepanskiy
2485 Weber Heights Way
Buford, GA 30519

Daniil Khvan
67 Sinclair Way
Monroe, GA 30655-5392

De Lage Landen Financial Services INC.
PO Box 825736
Philadelphia, PA 19182-5736

Deo Tiwari
4411 Abingdon Dr
Stone Mountain, GA 30083

Dzhon Cherkez
22010 Orchard Dale Dr
Spring, TX 77389

E-470 Public Highway Authority
PO Box 5470
Denver, CO 80217 -5470

E-ZPass Maine
Maine Turnpike Authority Violation Processing Center
PO Box 3858
Portland, ME 04104 - 3858

E-ZPass Maryland
Maryland Transportation Authority PO Box 12853
Philadelphia, PA 19176 -0853

Elizaveta Korneeva
115 Pine Rise Ct
Alpharetta, GA 30022

Elvina Zemlyak
1551 Rocky Knoll Ln
Dacula, GA 30019

ENGS/Mitsubishi HC Capital America
8003 Piedmont Triad Parkway
Greensboro, GA 26131

Esteffon Evans
948 Posey Ave
Bessemer, AL 35022

EZDrive MA
Commonweath of Massachusetts PO Box 847840
Boston, MA 02284

Financial Pacific Leasing
3455 S. 344th Way
Suite 300
Auburn, WA 98001

Flagstar Financial & Leasing, LLC (Notice of assignment Volvo)
225 Broadhollow Road
Suite 132
Melville, NY 11747

Gautam Pradhan
2787 Riders Ridge Way
Snellville, GA 30039

Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA 30303

Georgia IRP Registration - Georgia Department of Revenue
1800 Century Center Blvd
Suite 9100
Atlanta, GA 30345

Global Resources LLC
PO Box 441
Lithonia, GA 30058

Gul Rasouli
751 N Indian Creek Dr
Clarkston, GA 30021

H Groves Law, LLC
286 Green Hill Rd
Atlanta, GA 30342

IFTA - International Fuel Tax
1800 Century Boulevard NE
Atlanta, GA

Ilie Tacu
3470 Tupelo Trl
Auburn, GA 30011

Ilya Stepanskiy
2485 Weber Heights Way
Buford, GA 30519

Internal Revenue Service
1973 Rulon White Blvd
Ogden, UT 84201

Ippolito International, LP
383 W. Market Street
Salinas, CA 93901

Irina Kornilaev
1462 Raintree Dr
unit#C
Roswell, GA 30076

Jai - Lyn Peoples
7335 Woodlawn Avenue
Swissvale
Pittsburgh, PA 15218

Jeric Holdings LLC
3146 Camp Branch Rd
Buford, GA 30519

John Bloomfield
P.O. Box 642
Buford, GA 30515

John Tacu
4250 Ridge Rd
Buford, GA 30519

Kendrick Colvin
286 Green Hill Rd
Atlanta, GA 30342

Kentucky weight-distance (KYU)
Kentucky Department of Revenue
501 High St
Frankfort, KY 40618-0006

KTAG - Kansas Turnpike Authority
PO Box 803311
Kansas City, MO 64180 -3311

Lal Rai
459 Blue Juniper Cir
Loganville, GA 30052

Linebarger Goggan Blair&Sampson LLP
LGBS - OTA PO Box 708906
San Antonio, TX 78270 -8906

Mann Packaging
P.O. BOX 149222
Miami, FL 33114-9222

Miesha K Scott
4325 1st Ave
Apt 1712
Tucker, GA 30085

Mitsubishi HC Capital America
One Pierce Place
Suite 1100 West
Itasca, IL 60143

Momnt / Cross River Bank
P.O. Box 28619
Atlanta, GA 30328

Mumtazuddin Kamali
700 N Indian Creek Dr
apt B18
Clarkston, GA 30021

Mykola Cherkez
5701 Vandalia Trl
Arlington, TX 76017

Naomi Stepanskiy
2485 Weber Heights Way
Buford, GA 30519

New Mexico Taxation and Revenue Department
1200 South St. Francis Drive
Santa Fe, NM 87505

New York State Department of Taxation and Finance
PO Box 61000
Albany, NY 12261

Newark Municipal Court
31 Green Street
Newark, NJ 07102

Nikolay Shelepugin
2035 Lake Fountain Dr
Katy, TX 77494

NJ E-Zpass
PO Box 4971
Trenton, NJ 08650

North Mill Equipment Finance
200 Brandon Place, NE, Sandy Springs
Atlanta, GA 30328

North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266 - 0244

NY E-ZPass
Tolls By Mail Payment Processing Center
PO Box 15183
Albany, NY 12212-5183

Ohio Turnpike
Ohio Turnpike and Infrastructure Commission
PO Box 94672
Cleveland, OH 44101-4672

Old National Bank
Equipment Finance
24509 W Lockport Street
Plainfield, IL 60544

Old National Equipment Finance
24509 W Lockport Street
Ste 100
Plainfield, IL 60544

Old Second National Bank
37 S. River Street
Aurora, IL 60506

Oregon Department of Transportation
455 Airport Rd. SE, Bldg. A
Salem, OR 97301

OTA- PlatePay
PO Box 248935
Oklahoma City, OK 73124-8935

Padam Rai
4404 Bramwell Dr.
Stone Mountain, GA 30083

Pawnee Leasing Corporation / Tandem Finance (Former C.A.)
3801 Automation Way
Suite 207
Fort Collins, CO 80525

Pennsylvania Turnpike
PA Turnpike Toll by Plate
Pittsburgh, PA 15264-5254

Pilot Flying J
102 S Sheldon Rd
Channelview, TX 77530

Pilot Travel Centers LLC
5508 Lonas Dr
Knoxville, TN 37909

PNC Equipment Finance
655 Business Center Drive
Suite 250
Horsham, PA 19044

RDM Capital Funding, LLC
777 Passaic Ave
Ste
Clifton, NJ 07012

Rhonda Michelle Crenshaw
PO Box 81572
Bakersfield, CA 93302

Riverlink
PO Box 646000
Cincinnati, OH 45264

RTS Financial Service, INC
9300 Metcalf Ave
Shawnee Mission, KS 66212

Schneider National Carriers
PO Box 74008750
Chicago, IL 60674-8750

Shoaib Qazizada
3235 Sunrise Village Lune
Apt C
Norcross, GA 30093

Southern Connector Service Center
PO Box 408
Piedmont, SC 29673

Stearns Bank
500 13th Street P.O. Box 750
Albany, MN 56307

Sumitomo Mitsui Finance and Leasing Company,
Limited
666 Third Avenue, 8th FL
New York, NY 10017

SunPass
FDOT PO Box 31421
Tampa, FL 33631

Tandem Finance
3801 Automation Way
Suite 207
Fort Collins, CO 80525

TBK Thompson Brody & Kaplan, LLC
161 North Clark Street
Suite 3575
Chicago, IL 60601

TCF/Huntington NB
Post Office Box 77077
Minneapolis, MN 55480

TxTag
PO Box 650749
Dallas, TX 75256 -0749

U.S. Small Business Administration
2 NORTH STREET, SUITE 320
Birmingham, AL 35203

US Bank
13010 SW 68th Pkwy
Ste 100
Portland, OR 97223

Vadim Bistrita
830 Indian Lake Dr NW
Lilburn, GA 30047

Vadim Lutenco
2845 Friendship Rd
Buford, GA 30519

Volvo Financial Services
8003 Piedmont Triad Parkway
Greensboro, NC 27409-9407

West Virginia Parkway Authority
WVPA - Customer Service Center PO Box 1469
Charleston, WV 25325 -1469

Xtra Lease LLC
PO Box 219562
Kansas City, MO 64121

Zoia Kukharchuk
3725 Preston Pointe Way
Cumming, GA 30041

**United States Bankruptcy Court**

**IN RE:**  Case No._____

BMX Transport, LLC
_____  Chapter  \_\_11_____

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| John Tacu<br>4250 Ridge Road, Buford, GA 30519 | 50 | |
| Ilya Stepanskiy<br>2485 Weber Heights Way, Buford, GA 30519 | 50 | |