UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | Case No. 25-20705-JRS |
| BMX Transport, LLC | Chapter 11 |
| Debtor. | Judge James R. Sacca |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Interim United States Attorney for the Northern District of Georgia, Theodore S. Hertzberg, through Assistant United States Attorney VIVIEON KELLY JONES, hereby enters an appearance, pursuant to Fed. R. Bankr. P. 2002, BLR 9010-4, and other applicable rules, on behalf of the United States of America by and through the United States Small Business Administration ("SBA"), in the above-styled case and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon:

> Vivieon Kelly Jones
> ASSISTANT U.S. ATTORNEY
> United States Attorney's Office
> 75 Ted Turner Drive SW, Suite 600
> Atlanta, Georgia 30303
> Telephone: (404) 581-6312
> E-mail: vivieon.jones@usdoj.gov

The filing of this Notice of Appearance, and any subsequent filing, shall not waive: (1) the right of the SBA to have final orders on non-core matters entered only after *de novo* review by a District Court judge; (2) the right of the SBA to trial by jury in any proceeding so triable in this case, or any case, controversy, or proceeding related to this case; (3) the right of the SBA to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, interests, liens, actions, defenses, set-offs, or recoupments to which the SBA is or may be entitled under agreements, in law or in equity, all of which rights, claims, interests, liens, actions, defenses, set-offs, and recoupments the SBA expressly reserves.

Dated:  May 22, 2025.                    Respectfully submitted,

THEODORE S. HERTZBERG
INTERIM UNITED STATES ATTORNEY

*/s/ Vivieon Kelly Jones*
VIVIEON K. JONES
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 143033
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303
Telephone: (404) 581-6312
Facsimile: (404) 581-6151
E-mail: vivieon.jones@usdoj.gov
*Counsel for the U.S. Small Business Administration*

## **CERTIFICATE OF SERVICE**

      This is to certify that I have on May 22, 2025 electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

                                    */s/ Vivieon Kelly Jones*