**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**BMX TRANSPORT, LLC**<br><br>      **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 25-20705-JRS** |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(B) AND REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS, COPIES AND PLEADINGS**

    PLEASE TAKE NOTICE that the undersigned, Leon S. Jones hereby enter this Notice of Appearance as counsel of record for RTS Financial Service, Inc., creditor in the above-referenced case. Further, RTS Financial Service, Inc. hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

Leon S. Jones
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
ljones@joneswalden.com

    This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Title 11, United States Code, or in Rules 2002, 3017, 4001 or 9007 of the Bankruptcy Rules including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, papers, requests, applications, or any other documents brought before this Court in this case.

    Please take further notice that this notice is not a submission to the jurisdiction of this Court and that neither this notice nor any later appearance, pleading, claim or suit shall waive (i) the right to have final orders in non-core matters entered only after de novo review by a United States District Court; (ii) the right to a trial by jury in any proceeding so triable in this case or any case; (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

    This 23rd day of May, 2025.

                                                                **JONES & WALDEN LLC**
                                                                */s/ Leon S. Jones*
                                                                Leon S. Jones
                                                                Georgia Bar No. 003980
                                                                *Attorney for RTS Financial Service, Inc.*
                                                                699 Piedmont Avenue, NE
                                                                Atlanta, GA 30308
                                                                (404) 564-9300
                                                                ljones@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**BMX TRANSPORT, LLC**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 25-20705-JRS** |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of Appearance* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Jonathan D Clements**   jclements@kecklegal.com
- **Vivieon K Jones**   vivieon.jones@usdoj.gov, deanna.lancaster@usdoj.gov
- **Benjamin R Keck**   bkeck@kecklegal.com, 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com
- **James W. Martin**   james@jmartinlawatl.com
- **David S. Weidenbaum**   david.s.weidenbaum@usdoj.gov

This 23rd day of May, 2025.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
*Attorney for RTS Financial Service, Inc.*
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
ljones@joneswalden.com