UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:  BMX TRANSPORT, LLC           *
                                     *
                                     * CASE NO. 25-20705-jrs
                                     * CHAPTER 11
                                     *
        Debtor.                      *

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that James W. Martin does hereby enter this Notice of Appearance as attorney of record for North Mill Equipment Finance, LLC., a creditor in the herein bankruptcy case.  This Notice of Appearance is being filed in accordance with Bankruptcy Rule 9010.

James W. Martin hereby requests that all notices given or required to be given in this case be served upon him, as counsel for North Mill Equipment Finance, LLC., to *james@jmartinlawatl.com.*

The Clerk of this Court is requested to place James W. Martin on the master mailing matrix in this case.

Debtor, Debtor's counsel, the Trustee, all creditors, and all other interested parties are hereby requested to serve upon James W. Martin all pleadings, notices, documents, and all other papers filed in the herein bankruptcy case.

This 26th day of May 2025.

/s/ *James W. Martin*

Law Office of James W. Martin, P.C.         James W. Martin
2566 Shallowford Rd, Ste. 104-108           Georgia Bar No. 473314
Atlanta, GA 30345                           Attorney for North Mill Equipment Finance, LLC
(404) 733-7420
*James@jmartinlawatl.com*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:  BMX TRANSPORT, LLC | * |
| | * |
| | * CASE NO. 25-20705-jrs |
| | * CHAPTER 11 |
| | * |
| Debtor. | * |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed this NOTICE OF APPEARANCE AND REQUEST FOR NOTICES via the Court's CM/ECF system such that counsel for Debtor, the Trustee, and all parties who have entered an appearance in this case will receive electronic notice, as well as via first class mail to:

BMX Transport, LLC
2850 Hog Mountain Road, Suite 201
Dacula, GA 30019

This 26th day of May 2025.


Law Office of James W. Martin, P.C.
2566 Shallowford Rd, Ste. 104-108
Atlanta, GA 30345
.
(404) 733-7420
*James@jmartinlawatl.com*

*/s/ James W. Martin*
James W. Martin
Georgia Bar No. 473314
Attorney for North Mill Equipment Finance, LLC