UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

_____

In re:

    **BMX TRANSPORT, LLC,**                         Case No. 25-20705-JRS

                    Debtor.                                Chapter 11

_____

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
_____

      **PLEASE TAKE NOTICE** that **PNC Equipment Finance, LLC** ("PNC") hereby requests as provided in 11 U.S.C. § 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and sent to the following:

      A. Todd Sprinkle
      Parker Poe Adams & Bernstein LLP
      1075 Peachtree Street NE, Suite 1500
      Atlanta, Georgia 30309
      Telephone: (678) 690-5750

      **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy, or otherwise in this case.

      **PLEASE TAKE FURTHER NOTICE** that review neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of PNC's (i) right to have final orders in noncore matters entered only after *de novo* or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which PNC is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs or recoupments PNC expressly reserves. Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court including, without limitation, the United States Bankruptcy Court for the Northern District of Georgia, all of which rights are reserved without prejudice.

      This the 27th day of May, 2025.

                                                        */s/ A. Todd Sprinkle*
                                                        A. Todd Sprinkle (GA Bar No. 832602)
                                                        Parker Poe Adams & Bernstein LLP
                                                         1075 Peachtree Street NE, Suite 1500
                                                        Atlanta, Georgia 30309
                                                        Telephone: (678) 690-5750
                                                        toddsprinkle@parkerpoe.com
                                                         *Attorney for PNC Equipment Finance, LLC*

PPAB 12408387v1

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

| | |
|---|---|
| Jonathan D Clements | Thomas Wayne Dworschak |
| Benjamin R Keck | Office of the U. S. Trustee |
| Keck Legal, LLC | Room 362 |
| Druid Chase - Suite 115 | 75 Ted Turner Drive, SW |
| 2801 Buford Highway NE | Atlanta, GA 30303 |
| Atlanta, GA 30329 | |

This the 27th day of May, 2025.

      */s/ A. Todd Sprinkle*
      A. Todd Sprinkle
      Parker Poe Adams & Bernstein LLP
      1075 Peachtree Street NE, Suite 1500
      Atlanta, Georgia 30309
      Telephone: (678) 690-5750
      *Attorney for PNC Equipment Finance, LLC*

PPAB 12408387v1