**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| BMX TRANSPORT, LLC | |
| Debtor(s). | CASE NO. 25-20705-jrs |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, Jeremy T. McCullough, of the firm of McCullough, LLC, and enters this notice of appearance for Pawnee Leasing Corporation, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, in the above-captioned case and requests that all notices given or required to be given in this case, and all papers served in this case, be served upon the undersigned and that the undersigned's name and address be added to the general matrix and any special or limited matrices in this matter:

> Jeremy T. McCullough
> McCullough LLC
> 1579 Monroe Dr., #251
> Atlanta, GA 30324
> O: 404-738-0456
> jmccullough@jtm-law.com

Please take further notice that the foregoing request also includes, without limitation, any plan of reorganization and objection thereto, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests, petitions, schedules, statements, reports, disclosure statements, answer or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this court with respect to those proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

This the 28th day of May, 2025.

        McCULLOUGH, LLC

        /s/ Jeremy T McCullough
        Jeremy T. McCullough
        Georgia Bar No. 465211

1579 Monroe Dr., #251
Atlanta, GA 30324
404-738-0456
jmccullough@jtm-law.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing document:

## NOTICE OF APPEARANCE

via the Court's electronic filing system.   Notice of this filing was provided to counsel of record for all other parties to this case via such electronic filing system, as follows:

<u>Debtor:</u>           BMX Transport LLC
                2850 Hog Mountain Rd, Suite 201
                Dacula, GA 30019


<u>Debtor's Attorney:</u>    Jonathan D. Clements


<u>US Trustee:</u>       David Weidenbaum


This the 28th day of May, 2025.


                                    /s/ Jeremy T. McCullough
                                    Jeremy T. McCullough