IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BMX TRANSPORT, LLC, | ) | Chapter 11 |
| | ) | 25-20705-jrs |
| Debtor, | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Derek W. Mullins of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC enters his appearance as counsel for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance, creditor and party in interest in the above proceeding.  Pursuant to Bankruptcy Rule 2002, Mr. Mullins requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Derek W. Mullins, Esq.
> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
> 633 Chestnut Street
> Suite 1900
> Chattanooga, TN  37450
> dmullins@bakerdonelson.com

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether

-2-

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

This 28th day of May 2025.

> BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, PC
>
> */s/ Derek W. Mullins*
> DEREK W. MULLINS
> Georgia Bar No. 135086
> dmullins@bakerdonelson.com
>
> *Attorneys for U.S. Bank National
> Association d/b/a U.S. Bank Equipment
> Finance*

633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
Telephone: (423) 209-4211
Facsimile: (423) 752-9518

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 28, 2025, a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties consenting to service through the Court's CM/ECF system.

*/s/ Derek W. Mullins*
DEREK W. MULLINS
Georgia Bar No. 135086