**Fill in this information to identify the case:**

Debtor name _____ BMX Transport, LLC _____

United States Bankruptcy Court for the: ___ Northern District of Georgia ___
(State)

Case number (If known): ___ 25-20705 ___

☐ Check if this is an amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................................... $ ___ 2,500,000.00 ___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................. $ ___ 1,292,684.78 ___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................. $ ___ 3,792,684.78 ___

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................ $ ___ 4,029,080.03 ___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................ $ ___ 63,721.81 ___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................... **+** $ ___ 3,014,711.59 ___

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b          $ ___ 7,107,513.43 ___

**Fill in this information to identify the case:**

Debtor name _____ BMX Transport, LLC _____

United States Bankruptcy Court for the: _____ Northern District of Georgia _____

Case number (If known): _____ 25-20705 _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America 9508 | Checking | 9  5  0  8 | $ 354.08 |
| 3.2. See continuation sheet | | ___ ___ ___ ___ | $ 14,285.70 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 14,639.78

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

Debtor  BMX Transport, LLC _____   Case number _(if known)_ 25-20705
        Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:**   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ........ ➜   $_____
                            face amount              doubtful or uncollectible accounts

11b. Over 90 days old:     _____ – _____ = ........ ➜   $_____
                            face amount              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

**Part 4:**   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor    BMX Transport, LLC _____    Case number (if known) 25-20705 _____
          Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|------------------------------------------------------|------------------------------------------|-------------------------------------|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|-------------------------------------|
| **28. Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

---

Debtor    BMX Transport, LLC                                    Case number (if known) 25-20705
_____
         Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Office furniture, purchased second hand | $ 1,170.00 | _____ | $ 1,170.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers and computer equipment | $ 875.00 | _____ | $ 875.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,045.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    BMX Transport, LLC                                                          Case number (if known) 25-20705
_____    _____
            Name

---

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 See Schedule A/B Part 8, Question 47 Attachment | $ 1,276,000.00 | _____ | $ 1,276,000.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment
(excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 1,276,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    BMX Transport, LLC _____    Case number (if known) _25-20705_____
                Name

---

| **Part 9:** | Real property |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 2850 Hog Mountain Rd. Ste 202B, Dacula,<br>Georgia 30019 (lease Parijat) | Lease Parijat<br>Enterprises | $_____ | _____ | Unknown<br>$_____ |
| 55.2 1408 Jag Dr Gainesville, GA 30507 (Lease Jim<br>Wilhoite) | Commercial Lease | $_____ | _____ | Unknown<br>$_____ |
| 55.3 100 Point Drive<br>Pendergrass GA | 22.5 acres | $_____ | _____ | 2,500,000.00<br>$_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2,500,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 10:** | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    BMX Transport, LLC    Case number (if known) 25-20705
_____    _____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

❑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➜  $_____
                         Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

Debtor      BMX Transport, LLC                                                                    Case number (if known)  25-20705
            Name

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 14,639.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,045.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,276,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ................................................➔ | | $ 2,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column**.** ...........................91a. | $ 1,292,684.78 | + 91b. $ 2,500,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................   3,792,684.78     $ 3,792,684.78

---

Debtor 1    BMX Transport, LLC                    25-20705

        First Name      Middle Name      Last Name          Case number *(if known)*

## **Continuation Sheet for Official Form 206 A/B**

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account number | Last 4 digits of account |
|---|---|---|
| **Bank of America 8828** | **Checking** | **8828** |
| **Balance: 12,275.79** | | |
| **Bank of America 1936** | **Checking** | **1936** |
| **Balance: 1,899.90** | | |
| **Bank of America 8836** | **Checking** | **8836** |
| **Balance: 110.01** | | |

| Schedule A/B Part 7, Question 39-41 Attachment | | |
|---|---|---|
| **ITEM** | **Market Value** | **Office and computers** |
| Desk 1 | $ 320.00 | Office Furniture |
| Desk 2 | $ 320.00 | Office Furniture |
| Desk 3 | $ 530.00 | Office Furniture |
| Monitor Samsung 32 | $ 100.00 | Office Computers |
| Monitor LG32 | $ 110.00 | Office Computers |
| Monitor LG32 (2) | $ 110.00 | Office Computers |
| Monitor LG32 (3) | $ 110.00 | Office Computers |
| Monitor LG32 (4) | $ 110.00 | Office Computers |
| Computer Dell | $ 325.00 | Office Computers |

**Schedule A/B Part 7, Question 47 Attachment**

| ITEM | Market Value | Machinery and Vehicles | Creditor |
|---|---|---|---|
| Two 2019 Utility Trailers | $ 90,000.00 | Equipment | BMO Bank |
| Two 2024 Volvo VNL64T Trucks | $ 188,000.00 | Equipment | De Lage Landen Financial Services Inc. |
| 2014 Volvo VNL Truck, 2016 Volvo VNL Truck,  2016 Volvo VNL Truck | $ 30,000.00 | Equipment | Financial Pacific Leasing |
| 2023 Volvo VNL64T860 | $ 63,000.00 | Equipment | Flagstar Financial & Leasing, LLC |
| 2020 Volvo VNL Truck | $ 46,000.00 | Equipment | Mitsubishi HC Capital America |
| 15 53 Foot Dry Van Trailers | $ 100,000.00 | Equipment | North Mill Equipment Finance |
| 2020 Volvo Model VNL64T760 Sleeper Tractor | $ 65,000.00 | Equipment | Old National Bank |
| 2019 Freightliner Model PT126SLP Cascadia | $ 35,000.00 | Equipment | Old National Equipment Finance |
| 2022 Volvo Sleeper Tractor | $ 75,000.00 | Equipment | Old Second National Bank |
| 2020 Volvo VNL Truck | $ 65,000.00 | Equipment | Pawnee Leasing Corporation / Tandem Finance |
| 2022 Volvo & 2019 Volvo Trucks | $ 140,000.00 | Equipment | PNC Equipment Finance |
| Two 2018 Utility Trailers | $ 60,000.00 | Equipment | Stearns Bank |
| Three 2024 Utility Trailers | $ 90,000.00 | Equipment | Sumitomo Mitsui Finance and Leasing Co. |
| 2017 Utility Trailer | $ 25,000.00 | Equipment | Sumitomo Mitsui Finance and Leasing Co. |
| 2022 Freightliner Cascadia | $ 75,000.00 | Equipment | TCF/Huntington National Bank |
| 2023 Volvo FNL Truck | $ 79,000.00 | Equipment | Volvo Financial Services |
| 2020 Volvo VNL Truck | $ 50,000.00 | Equipment | Volvo Financial Services |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | BMX Transport, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 25-20705 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
BMO Bank

Describe debtor's property that is subject to a lien
Two 2019 Utility Trailers

$ 112,138.11          $ 90,000.00

Creditor's mailing address
P.O. Box 6201
Carol Stream, IL 60197-6201

Creditor's email address, if known
_____

Describe the lien
Judgment

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number   2001

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
De Lage Landen Financial Services INC.

Describe debtor's property that is subject to a lien
2 2024 Volvo VNL64T Trucks

$436,389.15          $188,000.00

Creditor's mailing address
PO Box 825736
Philadelphia, PA 19182-5736

Creditor's email address, if known
contactus@dllgroup.com

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number   0031

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 4,029,080.03

Debtor _____   25-20705
BMX Transport, LLC
Name                                          Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**
Financial Pacific Leasing

**Describe debtor's property that is subject to a lien**

2014 Volvo VNL Truck, 2016 Volvo VNL Truck, 2016 Volvo VNL Truck

$56,769.70      $30,000.00

**Creditor's mailing address**

3455 S. 344th Way

Suite 300, Auburn, WA 98001

**Creditor's email address, if known**

tpoapplication@finpac.com

**Date debt was incurred** _____

**Last 4 digits of account number**      6301

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

**2.4** **Creditor's name**
Flagstar Financial & Leasing, LLC

**Describe debtor's property that is subject to a lien**

2023 Volvo VNL64T860 VIN/Serial Number 4V4NC9EH9PN618855

$165,810.24      $ 63,000.00

**Creditor's mailing address**

225 Broadhollow Road

Suite 132, Melville, NY 11747

**Creditor's email address, if known**

_____

**Date debt was incurred**      12/09/2021

**Last 4 digits of account number**      0705

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   BMX Transport, LLC
_____
Name

Case number (if known)___25-20705_____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
Jeric Holdings LLC
_____

**Creditor's mailing address**

3146 Camp Branch Rd
_____
Buford, GA 30519
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
100 Point Drive
Pendergrass GA

$1,248,013.00      $2,500,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.6** **Creditor's name**
Mitsubishi HC Capital America
_____

**Creditor's mailing address**

One Pierce Place
_____
Suite 1100 West, Itasca, IL 60143
_____

**Creditor's email address, if known**
ccollins@mhccna.com
_____

**Date debt was incurred** _____

**Last 4 digits of account number** 8701

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2020 Volvo VNL Truck

$84,129.00      $46,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  BMX Transport, LLC                                                        Case number (if known) 25-20705
         Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---------|-----------------|-----------------------------------------------------------------|---------------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7 Creditor's name**
North Mill Equipment Finance

**Describe debtor's property that is subject to a lien**

2015 53' Dry Van ****2480, 2016 53' Dry Van ****4811, 2016 53' Dry Van ****8412, 2016 53' Dry Van ****8413, 2016 53' Dry Van ****4814, 2016 53' Dry Van ****6314, 2016 53' Dry Van ****6146, 2017 53' Dry Van ****5519, 2017 53' Dry Van ****5517, 2017 53' Dry Van ****7642, 2016 53' Dry Van ****2823, 2019 53' Dry Van ****9505, 2018 53' Dry Van ****2616, 2018 53' Dry Van ****0327, 2016 53' Dry Van ****2208

$203,812.53          $100,000.00

**Creditor's mailing address**

200 Brandon Place, NE, Sandy Springs
Atlanta, GA 30328

**Creditor's email address, if known**

**Date debt was incurred**  _____

**Last 4 digits of account number**  2403

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8 Creditor's name**
Old National Bank

**Describe debtor's property that is subject to a lien**

2020 Volvo Model VNL64T760 Sleeper Tractor, Vin #4V4NC9EH7LN207934, including all attachments and accessories

$10,716.15          $65,000.00

**Creditor's mailing address**

Equipment Finance
24509 W Lockport Street, Plainfield, IL 605

**Creditor's email address, if known**

Regina.Miller@oldnational.com

**Date debt was incurred**  03/29/2019

**Last 4 digits of account number**  6002

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  BMX Transport, LLC
_____
Name

Case number (*if known*)_____ 25-20705

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** **Creditor's name**
Old National Equipment Finance
_____

**Creditor's mailing address**

24509 W Lockport Street
_____
Ste 100, Plainfield, IL 60544
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**    06/01/2024
**Last 4 digits of account number**    6001

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2019 Freightliner Model PT126SLP Cascadia Sleeper Trailer, Vin #3AKJHHDR5KSKN0272, including all attachments and accessories

$39,344.00    $0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** **Creditor's name**
Old Second National Bank
_____

**Creditor's mailing address**

37 S. River Street
_____
Aurora, IL 60506
_____

**Creditor's email address, if known**
twoodcock@oldsecond.com
_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    2421

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Volvo Sleeper Tractor VIN 4V4NC9EH4NN601619

$141,579.37    $75,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    BMX Transport, LLC                                                                    25-20705
         Name                                                              Case number (if known)

| | Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**
Pawnee Leasing Corporation / Tandem Finance

**Describe debtor's property that is subject to a lien**

2020 Volvo VNL Truck VIN: 4V4NC9EH3LN246374

$151,369.79    $65,000.00

**Creditor's mailing address**

3801 Automation Way
Suite 207, Fort Collins, CO 80525

**Creditor's email address, if known**

info@tandem-financial.com

**Date debt was incurred**    10/06/2022

**Last 4 digits of account number**    8725

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.12** **Creditor's name**
PNC Equipment Finance

**Describe debtor's property that is subject to a lien**

2022 Volvo & 2019 Volvo Trucks

$269,681.40    $140,000.00

**Creditor's mailing address**

655 Business Center Drive
Suite 250, Horsham, PA 19044

**Creditor's email address, if known**

customerservice@leaserv.com

**Date debt was incurred**    _____

**Last 4 digits of account number**    0001

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    BMX Transport, LLC                                         Case number (if known)  25-20705
          Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.13** Creditor's name
Stearns Bank

**Creditor's mailing address**

500 13th Street P.O. Box 750
Albany, MN 56307

**Creditor's email address, if known**

bene@stearnsbank.com

Date debt was incurred _____
**Last 4 digits of account number**        0005

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Two 2018 Utility Trailers

$179,031.98          $60,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** Creditor's name
Sumitomo Mitsui Finance and Leasing Company, Limited

**Creditor's mailing address**

666 Third Avenue 8th floor
New York, NY 10017

**Creditor's email address, if known**

_____

Date debt was incurred _____
**Last 4 digits of account number**        0198

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Three 2024 Utility Trailers

$222,881.97          $90,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  BMX Transport, LLC _____  Case number (if known)__25-20705___
       Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** **Creditor's name**
Sumitomo Mitsui Finance and Leasing Company, Limited

**Creditor's mailing address**

666 Third Avenue

8th floor, New York, NY 10017

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____1105_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2027 Utility Trailer

$28,683.84     $25,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** **Creditor's name**
TCF/Huntington NB

**Creditor's mailing address**

Post Office Box 77077

Minneapolis, MN 55480

**Creditor's email address, if known**

ADash@financediv.com

**Date debt was incurred** _10/18/2021_
**Last 4 digits of account number** _____6500_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Freightliner Cascadia

$81,244.21     $75,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    BMX Transport, LLC _____    Case number _(if known)_ 25-20705
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.17** **Creditor's name**
U.S. Small Business Administration

**Creditor's mailing address**

2 NORTH STREET, SUITE 320
Birmingham, AL 35203

**Creditor's email address, if known**

vivieon.jones@usdoj.gov

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket Lien on All Assets Secured by UCC-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$400,000.00    $0.00

---

**2.18** **Creditor's name**
Volvo Financial Services

**Creditor's mailing address**

8003 Piedmont Triad Parkway
Greensboro, GA 26131

**Creditor's email address, if known**

sonja.walker@volvo.com

**Date debt was incurred** 08/18/2020
**Last 4 digits of account number** 1004

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Volvo VNL Truck

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$33,515.50    $50,000.00

---

Debtor   BMX Transport, LLC
_____
Name

Case number (if known) 25-20705
_____

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.19** **Creditor's name**
Volvo Financial Services

**Creditor's mailing address**

8003 Piedmont Triad Parkway

Greensboro, NC 27409-9407

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Volvo FNL Truck

$163,970.09          $79,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__** **Creditor's name**
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____          $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    BMX Transport, LLC
_____
Name

Case number (*if known*)___25-20705___

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | BMX Transport, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (if known) | 25-20705 |

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.**  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**  Priority creditor's name and mailing address
Connecticut Department of Revenue Services (DRS)
450 Columbus Boulevard
Suite 1
Hartford, CT 06103

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

As of the petition filing date, the claim is:  $ 2,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Priority amount  $_____

**2.2**  Priority creditor's name and mailing address
Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA 30303

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

As of the petition filing date, the claim is:  $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____

**2.3**  Priority creditor's name and mailing address
Georgia IRP Registration - Georgia Department of Revenue
1800 Century Center Blvd
Suite 9100
Atlanta, GA 30345

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

As of the petition filing date, the claim is:  $38,423.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____

| Debtor | BMX Transport, LLC | Case number (if known) 25-20705 |
|---|---|---|
| | Name | |

**Part 1.**    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** | **Priority creditor's name and mailing address**
IFTA - International Fuel Tax
1800 Century Boulevard NE
Atlanta, GA

$ 7,109.49    $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.5** | **Priority creditor's name and mailing address**
Internal Revenue Service
1973 Rulon White Blvd
Ogden, UT 84201

$ 11,000.00    $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.6** | **Priority creditor's name and mailing address**
Kentucky weight-distance (KYU)
Kentucky Department of Revenue
501 High St
Frankfort, KY 40618-0006

$ 352.24    $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.7** | **Priority creditor's name and mailing address**
New Mexico Taxation and Revenue Department
1200 South St. Francis Drive
Santa Fe, NM 87505

$ 655.07    $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor _____ Case number _(if known)_ _____
         BMX Transport, LLC                                   25-20705
         Name

| **Part 1.** | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.8 Priority creditor's name and mailing address**

New York State Department of Taxation and
Finance
PO Box 61000
Albany, NY 12261

$ 3,000.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.9 Priority creditor's name and mailing address**

Newark Municipal Court
31 Green Street
Newark, NJ 07102

$ Unknown      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 9211

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.10 Priority creditor's name and mailing address**

Oregon Department of Transportation
455 Airport Rd. SE, Bldg. A
Salem, OR 97301

$ 581.25      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2. Priority creditor's name and mailing address**

$ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

Debtor  BMX Transport, LLC _____  Case number (if known) 25-20705

Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order of all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Ahmad Panjsheri
10615 SE 172ND ST
Apt W307
Renton, WA 98055

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Driver Services

$ 4,789.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Aleksey Kornilaev
4036 Chattahoochee Rd
Cumming, GA 30041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Services

$ 25,593.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Andrii Lazurko
2515 Wildflower Ln SW
Snellville, GA 30039

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Services

$ 529.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Angelo Barrera
2300 Park Canyon Dr #204
Dalton, GA 30720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Driver Services

$ 28,662.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Aurelia Dubenco
Milabrega SRL, MD-3100, str. Franco I. 26
mun. Balti, Republica Moldova

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Administrative Services

$ 3,653.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Bank of America Leasing & Capital, LLC
135 S. Lasalle St.
Chicago, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Loan

$ 238,890.60

Date or dates debt was incurred _____

Last 4 digits of account number   1009 - 1007

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | BMX Transport, LLC | Case number (if known) | 25-20705 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**

Credit Collection Services
CCS Payment Processing Center PO Box 555126
Boston, MA 02205-5126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 267.00

**3.8** | **Nonpriority creditor's name and mailing address**

Daniel Stepanskiy
2485 Weber Heights Way
Buford, GA 30519

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Administrative Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,500.25

**3.9** | **Nonpriority creditor's name and mailing address**

Daniil Khvan
67 Sinclair Way
Monroe, GA 30655-5392

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,881.55

**3.10** | **Nonpriority creditor's name and mailing address**

Deo Tiwari
4411 Abingdon Dr
Stone Mountain, GA 30083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Driver Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,726.38

**3.11** | **Nonpriority creditor's name and mailing address**

Dzhon Cherkez
22010 Orchard Dale Dr
Spring, TX 77389

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Driver Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,224.94

Debtor     BMX Transport, LLC
           _____          Case number (if known) 25-20705
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 12   **Nonpriority creditor's name and mailing address**

E-470 Public Highway Authority
PO Box 5470
Denver, CO 80217 -5470

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 147.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 13   **Nonpriority creditor's name and mailing address**

E-ZPass Maine
Maine Turnpike Authority Violation Processing
Center PO Box 3858
Portland, ME 04104 - 3858

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 244.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 14   **Nonpriority creditor's name and mailing address**

E-ZPass Maryland
Maryland Transportation Authority PO Box 12853
Philadelphia, PA 19176 -0853

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 748.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 15   **Nonpriority creditor's name and mailing address**

Elizaveta Korneeva
115 Pine Rise Ct
Alpharetta, GA 30022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Administrative Services

$ 18,500.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 16   **Nonpriority creditor's name and mailing address**

Elvina Zemlyak
1551 Rocky Knoll Ln
Dacula, GA 30019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Administrative Services

$ 8,811.25

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | BMX Transport, LLC | Case number (if known) | 25-20705 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

ENGS/Mitsubishi HC Capital America
8003 Piedmont Triad Parkway
Greensboro, GA 26131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Additional Notice

$_____

| Date or dates debt was incurred | 11/01/2019 |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

Esteffon Evans
948 Posey Ave
Bessemer, AL 35022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Driver Services

$ 3,126.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

EZDrive MA
Commonwealth of Massachusetts PO Box
847840
Boston, MA 02284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 140.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

Gautam Pradhan
2787 Riders Ridge Way
Snellville, GA 30039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Driver Services

$ 3,124.35

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

Global Resources LLC
PO Box 441
Lithonia, GA 30058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Agreement for Consulting services

$ 4,962.10

| Date or dates debt was incurred | 12/10/2024 |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | BMX Transport, LLC | Case number (if known) | 25-20705 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22   Nonpriority creditor's name and mailing address**

Gul Rasouli
751 N Indian Creek Dr
Clarkston, GA 30021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 800.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23   Nonpriority creditor's name and mailing address**

Ilie Tacu
3470 Tupelo Trl
Auburn, GA 30011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 15,250.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24   Nonpriority creditor's name and mailing address**

Ilya Stepanskiy
2485 Weber Heights Way
Buford, GA 30519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

$ 448,000.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25   Nonpriority creditor's name and mailing address**

Ippolito International, LP
383 W. Market Street
Salinas, CA 93901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,757.15

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26   Nonpriority creditor's name and mailing address**

Irina Kornilaev
1462 Raintree Dr
unit#C
Roswell, GA 30076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Administrative Services

$ 5,678.50

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | BMX Transport, LLC | Case number (if known) | 25-20705 |
|--------|-------------------|------------------------|----------|
| | Name | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27   Nonpriority creditor's name and mailing address**

Jai - Lyn Peoples
7335 Woodlawn Avenue
Swissvale
Pittsburgh, PA 15218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Salary and Wages

$ 7,194.00

| Date or dates debt was incurred | 26/08/2024 |
|---|---|
| Last 4 digits of account number | 2024 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28   Nonpriority creditor's name and mailing address**

John Bloomfield
P.O. Box 642
Buford, GA 30515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Driver Services

$ 43,531.91

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29   Nonpriority creditor's name and mailing address**

John Tacu
4250 Ridge Rd
Buford, GA 30519

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

$ 708,000.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30   Nonpriority creditor's name and mailing address**

Kendrick Colvin
286 Green Hill Rd
Atlanta, GA 30342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

$ Unknown

| Date or dates debt was incurred | 01/30/2025 |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31   Nonpriority creditor's name and mailing address**

KTAG - Kansas Turnpike Authority
PO Box 803311
Kansas City, MO 64180 -3311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 340.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | BMX Transport, LLC | | Case number (if known) | 25-20705 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32   Nonpriority creditor's name and mailing address

Lal Rai
459 Blue Juniper Cir
Loganville, GA 30052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$** 6,168.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 33   Nonpriority creditor's name and mailing address

Linebarger Goggan Blair&Sampson LLP
LGBS - OTA PO Box 708906
San Antonio, TX 78270 -8906

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

**$** 232.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 34   Nonpriority creditor's name and mailing address

Mann Packaging
P.O. BOX 149222
Miami, FL 33114-9222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$** 12,626.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 35   Nonpriority creditor's name and mailing address

Miesha K Scott
4325 1st Ave
Apt 1712
Tucker, GA 30085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Civil Claim

**$** Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 36   Nonpriority creditor's name and mailing address

Momnt / Cross River Bank
P.O. Box 28619
Atlanta, GA 30328

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**$** 37,127.86

Date or dates debt was incurred   01/07/2025

Last 4 digits of account number   1668

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____BMX Transport, LLC_____   Case number _(if known)_ __25-20705__
        Name

| **Part 2:** | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.**37 **Nonpriority creditor's name and mailing address**

Mumtazuddin Kamali
700 N Indian Creek Dr
apt B18
Clarkston, GA 30021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Driver Services

$ 2,002.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**38 **Nonpriority creditor's name and mailing address**

Mykola Cherkez
5701 Vandalia Trl
Arlington, TX 76017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 10,250.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**39 **Nonpriority creditor's name and mailing address**

Naomi Stepanskiy
2485 Weber Heights Way
Buford, GA 30519

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Administrative Services

$ 1,568.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**40 **Nonpriority creditor's name and mailing address**

Nikolay Shelepugin
2035 Lake Fountain Dr
Katy, TX 77494

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Driver Services

$ 11,277.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**41 **Nonpriority creditor's name and mailing address**

NJ E-Zpass
PO Box 4971
Trenton, NJ 08650

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 1,700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | BMX Transport, LLC | Case number *(if known)* | 25-20705 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266 - 0244

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 345.60

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.43** Nonpriority creditor's name and mailing address

NY E-ZPass
Tolls By Mail Payment Processing Center
PO Box 15183
Albany, NY 12212-5183

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 647.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.44** Nonpriority creditor's name and mailing address

Ohio Turnpike
Ohio Turnpike and Infrastructure Commission
PO Box 94672
Cleveland, OH 44101-4672

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 454.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.45** Nonpriority creditor's name and mailing address

OTA- PlatePay
PO Box 248935
Oklahoma City, OK 73124-8935

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 1,300.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.46** Nonpriority creditor's name and mailing address

Padam Rai
4404 Bramwell Dr.
Stone Mountain, GA 30083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Driver Services

$ 8,287.90

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | BNX Transport, LLC | Case number (if known) | 25-20705 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.⁴⁷  Nonpriority creditor's name and mailing address**

Pennsylvania Turnpike
PA Turnpike Toll by Plate
Pittsburgh, PA 15264-5254

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 3,404.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁴⁸  Nonpriority creditor's name and mailing address**

Pilot Travel Centers LLC
5508 Lonas Dr
Knoxville, TN 37909

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number    1171

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁴⁹  Nonpriority creditor's name and mailing address**

RDM Capital Funding, LLC
777 Passaic Ave
Ste
Clifton, NJ 07012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UCC-1 on receivables

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁵⁰  Nonpriority creditor's name and mailing address**

Rhonda Michelle Crenshaw
PO Box 81572
Bakersfield, CA 93302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Negligence claim - Vehicle Accident

$ 250,000.00

Date or dates debt was incurred    04/10/2024

Last 4 digits of account number    4263

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁵¹  Nonpriority creditor's name and mailing address**

Riverlink
PO Box 646000
Cincinnati, OH 45264

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 424.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    BMX Transport, LLC _____    Case number *(if known)* 25-20705
          Name

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52   Nonpriority creditor's name and mailing address**

RTS Financial Service, INC
9300 Metcalf Ave
Shawnee Mission, KS 66212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.53   Nonpriority creditor's name and mailing address**

Schneider National Carriers
PO Box 74008750
Chicago, IL 60674-8750

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

$ 6,365.52

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    1896

---

**3.54   Nonpriority creditor's name and mailing address**

Shoaib Qazizada
3235 Sunrise Village Lune
Apt C
Norcross, GA 30093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Driver Services

$ 34,780.24

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.55   Nonpriority creditor's name and mailing address**

Southern Connector Service Center
PO Box 408
Piedmont, SC 29673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 134.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.56   Nonpriority creditor's name and mailing address**

Sumitomo Mitsui Finance and Leasing Company, Limited
666 Third Avenue, 8th FL
New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Leasing company

$ 263,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    7002

---

Debtor ___BMX Transport, LLC_____    Case number _(if known)___25-20705_____
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 57 **Nonpriority creditor's name and mailing address**

Sumitomo Mitsui Finance and Leasing Company,
Limited
666 Third Avenue
8th floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Leasing company

$ 10,805.39

| Date or dates debt was incurred | 03/27/2019 |
|---|---|
| Last 4 digits of account number | 7001 |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 58 **Nonpriority creditor's name and mailing address**

SunPass
FDOT PO Box 31421
Tampa, FL 33631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 965.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 59 **Nonpriority creditor's name and mailing address**

TBK Thompson Brody & Kaplan, LLC
161 North Clark Street
Suite 3575
Chicago, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Reimbursement of Property Damage

$ 246,194.96

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | 5437 |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 60 **Nonpriority creditor's name and mailing address**

TxTag
PO Box 650749
Dallas, TX 75256 -0749

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls

$ 154.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 61 **Nonpriority creditor's name and mailing address**

US Bank
13010 SW 68th Pkwy
Ste 100
Portland, OR 97223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Finance Servicing

$ 39,344.04

| Date or dates debt was incurred | 10/17/2018 |
|---|---|
| Last 4 digits of account number | 5392 |

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  ___BMX Transport, LLC_____  Case number _(if known)_  25-20705
         Name

| **Part 2:** | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 62  **Nonpriority creditor's name and mailing address**

USAA General Indemnity Company - Insurance
for Caldwell, Keith
9800 Fredericksburg Road
San Antonio, TX 78288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,525.90

| Date or dates debt was incurred | 11/10/2023 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 63  **Nonpriority creditor's name and mailing address**

Vadim Bistrita
830 Indian Lake Dr NW
Lilburn, GA 30047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,500.00

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 64  **Nonpriority creditor's name and mailing address**

Vadim Lutenco
2845 Friendship Rd
Buford, GA 30519

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Driver Services

$ 11,726.23

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 65  **Nonpriority creditor's name and mailing address**

Volvo Financial Services
8003 Piedmont Triad Parkway
Greensboro, GA 26131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 78,759.54

| Date or dates debt was incurred | 04/01/2021 |
|---|---|
| Last 4 digits of account number | 1006 |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 66  **Nonpriority creditor's name and mailing address**

Volvo Financial Services
8003 Piedmont Triad Parkway
Greensboro, GA 26131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 50,385.94

| Date or dates debt was incurred | 08/18/2020 |
|---|---|
| Last 4 digits of account number | 1003 |

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | BMX Transport, LLC | Case number *(if known)* | 25-20705 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 67  **Nonpriority creditor's name and mailing address**

Volvo Financial Services
8003 Piedmont Triad Parkway
Greensboro, GA 26131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 44,343.04

| Date or dates debt was incurred | 08/28/2020 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 1005 | ☑ No  ☐ Yes |

**3.** 68  **Nonpriority creditor's name and mailing address**

Volvo Financial Services
8003 Piedmont Triad Parkway
Greensboro, NC 27402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 16,683.39

| Date or dates debt was incurred | 09/08/2019 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 1002 | ☑ No  ☐ Yes |

**3.** 69  **Nonpriority creditor's name and mailing address**

Volvo Financial Services
8003 Piedmont Triad Parkway
Greensboro, GA 26131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 94,516.62

| Date or dates debt was incurred | 12/09/2021 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 1008 | ☑ No  ☐ Yes |

**3.** 70  **Nonpriority creditor's name and mailing address**

West Virginia Parkway Authority
WVPA - Customer Service Center PO Box 1469
Charleston, WV 25325 -1469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 89.00

| Date or dates debt was incurred | | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

**3.** 71  **Nonpriority creditor's name and mailing address**

Xtra Lease LLC
PO Box 219562
Kansas City, MO 64121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Rent Services

$ 142,411.99

| Date or dates debt was incurred | 02/13/2024 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

Debtor  BMX Transport, LLC
         _____    Case number *(if known)* 25-20705
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 72  **Nonpriority creditor's name and mailing address**

Zoia Kukharchuk
3725 Preston Pointe Way
Cumming, GA 30041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 10,137.50

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____BMX Transport LLC_____    Case number (if known)___25-20705___
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | H Groves Law, LLC<br>286 Green Hill Rd<br>Atlanta, GA, 30342 | Line 3.30<br>☐ Not listed. Explain: | _____ |
| 4.2. | Rathbone Group, LLC<br>Adam R. Wilk<br>10615 Judicial Drive, Suite 303<br>Fairfax, VA, 22030 | Line 3.62<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    BMW Transport, LLC                                    Case number (if known) 25-20705
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 63,721.81 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 3,014,711.59 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 3,078,433.40 |

**Fill in this information to identify the case:**

Debtor name __BMX Transport, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-20705__      Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases      **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Agreement Agent | Pilot Flying J 102 S Sheldon Rd Channelview, TX, 77530 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Land and Sales Agreement: Jackson County Tax Parcel 101-012 measuring approximately 22.25 ~~acres~~ | Atlanta Commercial Board of Realtors, Inc 1550 Winder Highway Jefferson, GA, 30549 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Factoring Agreement Lessee | RTS Financial Service, Inc 9300 Metcalf Avenue Shawnee Mission, KS, 66212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___BMX Transport, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-20705_____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name ___BMX Transport, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-20705___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | | ☑ Operating a business<br>☐ Other | $ 1,072,713.86 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other | $ 6,604,454.54 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other | $ 8,991,280.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ___<br>MM / DD / YYYY | to | Filing date | | ___ | $ ___ |
| **For prior year:** | From ___<br>MM / DD / YYYY | to | ___<br>MM / DD / YYYY | | ___ | $ ___ |
| **For the year before that:** | From ___<br>MM / DD / YYYY | to | ___<br>MM / DD / YYYY | | ___ | $ ___ |

Debtor  BMX Transport, LLC
_____    Case number *(if known)* 25-20705
Name

| | |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 268,075.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |

Debtor    BMX Transport, LLC
_____    Case number (if known) 25-20705
          Name                                                        _____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Sumitomo Mitsui Finance and Leasing Compa<br>Creditor's name<br>666 Third Avenue 8th floor<br>New York, NY 10017 | | _____ | $ 150,000.00 |
| 5.2. | Volvo Financial Services<br>Creditor's name<br>8003 Piedmont Triad Parkway<br>Greensboro, GA 26131 | | _____ | $ 180,000.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:** **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | XTRA LEASE LLC VS BMX TRANSPORT LLC - Notice to appear in Court<br><br>**Case number**<br><br>24-C-11885-S7<br>_____ | Civil Action | State Court of Gwinnett Count State of Georgia<br><br>75 Langley Drive<br>Lawrenceville, GA 30046 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | North Mill Equipment Finance, LLC v. BMX Transport, LLC, Ily Stepanskiy and John Ion Tacu<br>**Case number**<br><br>24-C-09469-S<br>_____ | | State Court of Gwinnett COunty<br><br>75 Langley Dr. SW<br>Lawrenceville, GA 30043 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor    BMX Transport, LLC
_____    Case number *(if known)* 25-20705
          Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| _____ Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    BMX Transport, LLC
_____    Case number *(if known)* 25-20705
        Name                                                                _____

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Keck Legal | $25000.0 retainer | 04/2025 | $ 25,000.00 |
|  | **Address** |  |  |  |
|  | 2801 Buford Hwy, NE Suite 115 Atlanta, GA 30329 |  |  |  |
|  | **Email or website address** bkeck@kecklegal.com |  |  |  |
|  | **Who made the payment, if not debtor?** _____ |  |  |  |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ |  | _____ | $_____ |
|  | **Address** |  |  |  |
|  | **Email or website address** _____ |  |  |  |
|  | **Who made the payment, if not debtor?** _____ |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ |  | _____ | $_____ |
| **Trustee** _____ |  |  |  |

Debtor    BMX Transport, LLC
_____    Case number *(if known)* 25-20705
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| **Address** | | | |
| **Relationship to debtor** _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| **Address** | | | |
| **Relationship to debtor** _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy | |
|---|---|---|
| 14.1. | From _____  To _____ | |
| 14.2. | From _____  To _____ | |

Debtor    BMX Transport, LLC
_____    Case number *(if known)* 25-20705
Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor     BMX Transport, LLC
_____
Name

Case number (if known) 25-20705
_____

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    BMX Transport, LLC
_____     Case number *(if known)* 25-20705
          Name

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list property leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor    BMX Transport, LLC
_____    Case number *(if known)* 25-20705
          Name                                                           _____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |

---

Debtor    BMX Transport, LLC
_____    Case number *(if known)* 25-20705
          Name                                                              _____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Elizaveta Korneeva - Alpha Tax Prep, LLC<br>Name<br>115 Pine Rise Ct, Alpharetta Ga, 30322 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Elizaveta Korneeva - Alpha Tax Prep, LLC<br>Name<br>115 Pine Rise Ct, Alpharetta Ga, 30322 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Elizaveta Korneeva - Alpha Tax Prep, LLC<br>Name<br>115 Pine Rise Ct, Alpharetta Ga, 30322 | |

---

Debtor      BMX Transport, LLC
_____        Case number *(if known)* 25-20705 _____
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    BMX Transport, LLC
          _____    Case number *(if known)* 25-20705
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.  _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Tacu | 4250 Ridge Road, Buford, GA 30519 | Member | 50 |
| Ilya Stepanskiy | 2485 Weber Heights Way, Buford, GA 30519 | President | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
    ☑ No
    ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
    ☑ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor     BMX Transport, LLC
_____     Case number (if known) 25-20705
          Name

| Name and address of recipient | | |
| --- | --- | --- |

30.2    _____     _____
        Name
                                                          _____

                                                          _____

                                                          _____

| Relationship to debtor | |
| --- | --- |
                                                          _____
        _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
   ☐ No
   ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| Alpha Tax Prep LLC | EIN: 115 Pine Rise Ct Alpharetta GA 30024 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| | EIN: _____ |

---

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/17/2025
             MM  / DD  / YYYY

✘ _____     Printed name Ilya Stepanskiy
Signature of individual signing on behalf of the debtor

Position or relationship to debtor President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name    BMX Transport, LLC
_____

Case number *(if known)*    25-20705
_____

### Continuation Sheet for Official Form 207

**5) Repossessions, foreclosures, and returns**

**BMO Bank    P.O. Box 6201,   $50,000.00**
**        Carol Stream,**
**        IL 60197-6201**

**7) Legal Actions**

**BMO Bank NA vs. BMX Transport LLC and John Tacu**

**24-A-11355-1**

**Breach of Contract**

**Superior Court of Gwinnett County**

**75 Langley Dr. SW, Lawrenceville, GA 30046**

**Pending**

**-------**

**Order for Default Judgement**

**24-C-09469-S4**

**State Court of Gwinnett County**

**75 Langley Dr, Lawrenceville, GA 30046**

**Concluded**

**-------**

**Civil Lawsuit - perosnal injury**

**CV24-04-263**

**Wise County Texas**

**308 W Main St., Decatur, TX 76234**

**Concluded**

**-------**

**Complaint for Trover, Breach of Contract, Brech of Guaranty, and Unjust**
**Enrichment**

**24-A-10392-11**

**Civil Action**

**Superior Court of Gwinnett County State of Georgia**

**75 Langley Drive Lawrenceville, GA 30046, Lawrenceville, GA 30046**

**Concluded**

Debtor Name    BMX Transport, LLC _____    Case number *(if known)* ____25-20705____

### Continuation Sheet for Official Form 207

-------

**Complaint for Breack of Equipment Finance Agreement, Breach of Personal Guaranty,**

**24-cv-11515**

**Civil Action**

**United Stated District Counrt - Northern District of Illinois**

**327 South Church Street, Rockford, IL 61101**

**Pending**

-------

**Complaint for wages not paid for work completed**

**MJ-05298-CV-0000315-2024**

**Civil Action**

**Commonwealth of Pennsylvania - County of Allegheny**

**436 Grant Street, Pittsburgh, PA 15219**

**Concluded**

-------

**Civil Action**

**Newark Municipal Court**

**31 green Street, Newark, NJ 07102**

**Pending**

-------

# United States Bankruptcy Court

_____
Northern District of Georgia

**In re**   BMX Transport, LLC
_____

Case No. __25-20705_____

**Debtor**

Chapter __11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 25,000.00_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 465.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
Example of the legal services to be included in the Attorney Fee Disclosure

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Example of the services listed in the Attorney Fee Disclosure that are not included

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/17/2025
_____

*Date*

_____

*Signature of Attorney*

Keck Legal, LLC

_____

*Name of law firm*
2801 Buford Highway NE
Suite 115
Atlanta, GA 30329