**IT IS ORDERED as set forth below:**



**Date: August 20, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE BMX TRANSPORT, LLC | ) | CASE NO. 25-20705-JRS |
|  | ) |  |
| Debtor(s). | ) |  |
|  | ) | CHAPTER 11 |
| BMO BANK N.A., | ) |  |
| Movant | ) |  |
| v. | ) |  |
| BMX TRANSPORT, LLC, | ) |  |
| Respondent. | ) |  |

**CONSENT ORDER GRANTING BMO BANK N.A. RELIEF FROM STAY**

Upon the Consent Motion for Relief from Stay filed by BMO Harris Bank N.A. (Doc No. 109), and the consents of the Debtor to surrender the below identified property), it is

**ORDERED:**

1. The Motion (Doc. No. 109) is granted.

Page 1 of 3

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Movant's interest in the following property:

DESCRIPTION OF THE PROPERTY

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2022 | Freightliner | PT 126SLP | Ending in 7049 |

3. The automatic stay is modified for the sole purpose of allowing Movant to complete, in rem relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have the collateral sold, and to have such other and further in rem relief as is just, but the Movant shall not obtain in personam relief against the Debtor.

4. Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is **GRANTED**.

### END OF ORDER ###

| **PREPARED BY AND AGREED TO BY:** | **AGREED TO BY:** |
|---|---|
| **s/ Scott Stevenson** | **/s/ Jonathan Clements** |
| Scott Stevenson | Jonathan Clements, Esq. |
| Wong Fleming | Keck Legal, LLC |
| Georgia Bar No. 680980 | Georgia Bar No. 130051 |
| 1266 W. Paces Ferry Rd., #250 | 2801 Buford Highway, Suite 115 |
| Atlanta, GA 30327 | Atlanta, GA 30329 |
| Tel: (404) 848-0115 | (470) 826-6020 |
| sstevenson@wongfleming.com | bkeck@kecklegal.com |
| Counsel for Creditor BMO Bank N.A. | Debtor's Attorney |

## **DISTRIBUTION LIST**

Scott Stevenson, Wong Fleming
Counsel for Creditor BMO Bank N.A.
1266 W. Paces Ferry Rd., #250, Atlanta, GA 30327
sstevenson@wongfleming.com

Benjamin Keck, Esq.
Jonathan Clements, Esq.
Debtor's Counsel
2801 Buford Highway, Suite 115, Atlanta, GA 30329
jclements@kecklegal.com, bkeck@kecklegal.com

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303