

**IT IS ORDERED as set forth below:**

Date: August 22, 2025

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO. 25-20705-JRS** |
| **BMX TRANSPORT, LLC** | * | |
| | * | **CHAPTER 11** |
| Debtor. | * | |
| ---------------------------------------------------- | | |
| **DE LAGE LANDEN FINANCIAL** | * | |
| **SERVICES, INC.,** | * | **CONTESTED MATTER** |
| | * | |
| Movant, | * | |
| vs. | * | |
| | * | |
| **BMX TRANSPORT, LLC,** | * | |
| | * | |
| Respondent . | * | |
| -------------------------------------------------------- | | |

**STRICT COMPLIANCE CONSENT ORDER
<u>ON MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**

De Lage Landen Financial Services, Inc. ("DLL") filed a Motion for Relief from the Automatic Stay (the "**Motion**") [Doc. 93], seeking to lift the automatic stay in order to take possession of two 2024 Volvo Model VNL64T 20-ton trucks (the "**Equipment**"), the payments for which is now in default.

Debtor seeks to retain possession of the Equipment as being important for Debtor's Plan of Reorganization. DLL and the Debtor have reached an agreement concerning the Motion wherein the

Automatic Stay shall remain in full force and effect, subject to Debtor's strict compliance with the following conditions:

1. Debtor shall pay $4,500.00 per month to DLL, due on or before the first day of each month, starting on September 1, 2025, as adequate protection for the Equipment until the Loan and Security Agreement is paid in full, the property is disposed pursuant to any other Order of this Court, or the Plan is confirmed.

2. Debtor shall provide DLL with proof of insurance coverage, and shall maintain full insurance coverage on the Equipment, with DLL named as loss payee, beginning immediately and continuing for the duration of Debtor's Plan.

3. Upon delinquency by Debtor in the payment of any monthly payment, DLL is entitled to submit an Affidavit of Default specifying the date of default and the amount then past due, provided:

    (A) Counsel for DLL shall serve the Debtor and Debtor's counsel of record with a copy of the Affidavit of Default and a Notice of Default stating:

    a. that Debtor may cure the delinquency within ten (10) calendar days of receipt of said notice, and

    b. provide the correct street address for mailing or delivering such payment;

    (B) Pursuant to this Order, Debtor shall be presumed to have received the Delinquency Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for DLL; provided, however, that

    a. the Delinquency Notice is properly addressed to Debtor at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-3 NDGA, unless DLL or Counsel for DLL receives notice in writing of a change in Debtor's address within a reasonable time prior to mailing of the Delinquency Notice; and

175862046.1

   b. the Delinquency Notice is not returned to Counsel for DLL by the U.S. Postal Service as undeliverable by reason of improper address.

(C) If Debtor fails to cure the delinquency within ten (10) days of receipt of said written notice, Counsel for DLL may upload an Order Lifting the Stay and allowing DLL to exercise its remedies under state law to repossess and liquidate the Collateral.

(D) Upon uploading said Delinquency Order Lifting the Stay, the Court may enter an order modifying the automatic stay without further notice or hearing.

[END OF DOCUMENT]

**PREPARED AND PRESENTED BY:**

 /s/ *Jordan B. Forman*
Jordan B. Forman
Georgia Bar No. 269298
FOX ROTHSCHILD LLP
999 Peachtree Street, NE
Suite 1500
Atlanta, Georgia 30309
Telephone: (404) 962-1000
Facsimile: (404) 962-1200
JForman@foxrothschild.com
*Attorney for Movant*

**CONSENTED TO BY**:

   /s/ *Jonathan Clements*
Jonathan D. Clements
Attorney for Debtor/Respondent
(*with express permission by JBF*)
Georgia Bar No. 130051
Keck Legal, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329
(470) 826-6020
jclements@kecklegal.com

175862046.1

## DISTRIBUTION LIST

Jordan B. Forman
FOX ROTHSCHILD LLP
999 Peachtree Street, NE
Suite 1500
Atlanta, Georgia 30309

Benjamin R. Keck
KECK LEGAL, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, Georgia 30329

Office of the United States Trustee
Attn: David S. Weidenbaum
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303

BMX Transport, LLC
2850 Hog Mountain Road
Suite 201
Dacula, Georgia 30019

175862046.1