**IT IS ORDERED as set forth below:**



**Date: August 29, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO. 25-20705-JRS** |
| **BMX TRANSPORT, LLC,** | **CHAPTER 11** |
| Debtor. | |

**ORDER PURSUANT TO BANKRUPTCY CODE
SECTIONS 327(A) AND 328(A) AUTHORIZING THE EMPLOYMENT AND
<u>RETENTION OF REALCO BROKERS, INC. AS BROKER</u>**

On July 17, 2025, the above-captioned Debtor filed an application for an order authorizing and approving the retention and employment of Realco Brokers, Inc. ("**Realco**") as broker to the Debtor for the Property effective as of the date of the Listing Agreement pursuant to sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 (the "**Application**"). The Application was scheduled for hearing on August 21, 2025. No responses or objections to the Application were filed. At the call of the calendar no opposition was announced to the Application.

The Court having reviewed the Application, the Listing Agreement, and the Declaration in support of the Application; and it appearing that this Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of these cases and this Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court finding that Realco is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327 of the Bankruptcy Code because (a) Realco has no connection with the Debtor, any creditors, or other parties in interest, their respective attorneys and accountants, or the U.S. Trustee or any of its employees, except as set forth in the Declaration, (b) Realco is not a creditor, equity security holder, or insider of the Debtor, (c) none of Realco's members or employees are or were, within two years of the Petition Date, a director, officer, or employee of the Debtor, and (d) Realco does not hold and neither has represented nor represents an interest materially adverse to the interests of the Debtor estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason; and after due deliberation and sufficient cause appearing therefor, it is hereby: ORDERED that:

1. The Application is GRANTED.

2. Pursuant to sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Debtor is authorized to employ and retain Realco as its real estate broker to represent it in the sale of the Property in accordance with the Listing Agreement effective as of the date of the Listing Agreement.

3. In the event of any conflict between this Order and the Listing Agreement, this Order shall govern.

4. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

### ### END OF ORDER ###

Prepared and Presented by:

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No. 130051
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
*Counsel for the Debtor*

-3-

**Distribution List**

Benjamin R. Keck
KECK LEGAL, LLC
2566 Shallowford Road, Suite 104-252
Atlanta, GA  30345

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-20705-jrs |
| BMX Transport, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-8 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Sep 02, 2025 | Form ID: pdf408 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BMX Transport, LLC, 2850 Hog Mountain Road, Suite 201, Dacula, GA 30019-5935 |
| | + | Benjamin R. Keck, KECK LEGAL, LLC, 2566 Shallowford Road, Suite 104-252, Atlanta, GA 30345-1249 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 02 2025 22:07:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 04, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Todd Sprinkle | |
| | on behalf of Creditor PNC Equipment Finance LLC toddsprinkle@parkerpoe.com, wandaclay@parkerpoe.com;courtneyvolz@parkerpoe.com |
| Andres H. Sandoval | |
| | on behalf of Creditor United States of America by and through the U.S. Small Business Administration andres.sandoval@usdoj.gov CaseView.ECF@usdoj.gov;deanna.lancaster@usdoj.gov |

| | | |
|---|---|---|
| District/off: 113E-8 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Sep 02, 2025 | Form ID: pdf408 | Total Noticed: 3 |

Arthur A. Ebbs
    on behalf of Creditor The Huntington National Bank Arthur.Ebbs@wbd-us.com Lynda.Daugherty@wbd-us.com

Benjamin R Keck
    on behalf of Debtor BMX Transport LLC bkeck@kecklegal.com, 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com

David S. Weidenbaum
    on behalf of U.S. Trustee United States Trustee david.s.weidenbaum@usdoj.gov

Deborah S. Ashen
    on behalf of Creditor Old National Bank dsa@ashenlaw.com assistant@ashenlaw.com

Derek Wayne Mullins
    on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance dmullins@bakerdonelson.com dspiegel@bakerdonelson.com

James W. Hays
    on behalf of Creditor Old Second National Bank beau@hayspotter.com

James W. Hays
    on behalf of Creditor Old National Bank beau@hayspotter.com

James W. Martin
    on behalf of Creditor Stearns Bank National Association james@jmartinlawatl.com

James W. Martin
    on behalf of Creditor North Mill Equipment Finance LLC james@jmartinlawatl.com

Jeremy T. McCullough
    on behalf of Creditor Pawnee Leasing Corporation jmccullough@jtm-law.com

Jonathan D Clements
    on behalf of Debtor BMX Transport LLC jclements@kecklegal.com

Jordan Bradley Forman
    on behalf of Creditor De Lage Landen Financial Services Inc. jforman@foxrothschild.com

Kelly E. Waits
    on behalf of Creditor Bank of America Leasing & Capital LLC kwaits@burr.com, ngolay@burr.com

Kevin A. Forsthoefel
    on behalf of Creditor Jeric Holdings LLC kforsthoefel@ausley.com, kreffitt@ausley.com

Leon S. Jones
    on behalf of Creditor RTS Financial Service Inc. ljones@joneswalden.com, jwdistribution@joneswalden.com;cparker@joneswalden.com;cmccord@joneswalden.com;lpineyro@joneswalden.com;ewooden@joneswalden.com;bdernus@joneswalden.com

Matthew F. Kye
    on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd. mkye@kyelaw.com

Philip L. Rubin
    on behalf of Creditor Ford Motor Credit Company LLC prubin@lrglaw.com

Scott Stevenson
    on behalf of Creditor BMO Bank N.A. sstevenson@wongfleming.com sstevenson@wfsouth.com

Stephen P. Drobny
    on behalf of Creditor Mitsubishi HC Capital America Inc. sdrobny@joneswalker.com, nkatsaras@joneswalker.com;miamiservice@joneswalker.com

TOTAL: 21