**IT IS ORDERED as set forth below:**



**Date: September 26, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CASE NO.: 25-20705-jrs |
| BMX TRANSPORT, LLC, | : |
| | : CHAPTER 11 |
| Debtor. | : |
| | : |

### STRICT COMPLIANCE CONSENT ORDER ON MOTION FOR RELIEF FROM STAY OR, IN THE ALTERNATIVE, ADEQUDATE PROTECTION

Before this Court came to be considered the Huntington National Bank's ("Huntington" or "Movant") Motion for Relief from Stay or, in the Alternative, Adequate Protection [Dk. No. 100] (the "Motion") seeking an order providing for relief from the automatic stay or adequate protection with respect to one (1) 2022 Freightliner Cascadia PT126SLP VIN No. 3AKJHHDR5NSNG7050 together with all attachments and accessories thereto (the "Vehicle") in which Huntington has a security interest. Huntington and the Debtor have reached an agreement concerning the Motion wherein the automatic stay shall remain in full force and effect subject to Debtor's compliance with the following conditions:

WBD (US) 4937-1690-9367v7

1. Beginning in October of 2025 and continuing each and every month through the Effective Date of the Debtor's Plan, the Debtor shall pay $2,055.45 in good and sufficient funds on or before the last day of each month as adequate protection to Huntington for the use of the Vehicle;

    a. The Debtor shall maintain hazard and collision insurance on the Collateral for an amount sufficient to pay Huntington's claim in full and such insurance policy shall name Huntington as the loss payee; and

    b. The Debtor shall pay all post-petition arrearages on the Effective Date of the Debtor's Plan in accordance with the Plan.

1. In the event the Debtor fails to comply with the conditions for adequate protection set forth herein, Huntington shall file and provide written notice of default to Debtor, via email to Debtor's counsel, and the Debtor shall have ten (10) calendar days from the date of such written notice to cure the default; and

    a. If the Debtor fails to cure the default within the allowed time or if the Debtor subsequently fails to comply with the conditions for adequate protection after having previously received and cured two (2) written notices of default from Huntington, upon the filing of the third (3rd) default, Huntington shall file a certificate of non-compliance with the Court and such certificate of non-compliance shall serve as the order modifying the automatic stay to allow Huntington to repossess and recover the Vehicle or schedule a hearing for such relief. Upon the modification of the automatic stay, the Debtor shall turn over the Vehicle to Huntington.

2. That the requirements of Rule 4001(a)(3) shall be, and hereby are, waived such that the order providing adequate protection to Huntington will be effective upon entry by the Court

### END OF ORDER ###

**Prepared and presented by:**

/s/ Arthur A. Ebbs
Arthur A. Ebbs
WOMBLE BOND DICKINSON (US) LLP
GA State Bar No. 416181
1331 Spring Street NW
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 872-7000
Email: arthur.ebbs@wbd-us.com

*Local Counsel, Attorneys for Huntington National Bank*

Consented to by:

/s/ Jonathan Clements
Jonathan Clements
KECK LEGAL, LLC
GA State Bar No. 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
(470) 805-3113
jclements@kecklegal.com

*Attorney for the Debtor*

3

WBD (US) 4937-1690-9367v7

## Distribution List

Arthur A. Ebbs
WOMBLE BOND DICKINSON (US) LLP
1331 Spring Street NW
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 872-7000
arthur.ebbs@wbd-us.com

*Attorneys for The Huntington National Bank*

Jonathan Clements
KECK LEGAL, LLC
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
(470) 805-3113
jclements@kecklegal.com

*Attorney for the Debtor*

Law Office of James W. Martin, P.C.
James W. Martin
2566 Shallowford Rd, Ste. 104-108
Atlanta, GA 30345
(404) 733-7420
James@jmartinlawatl.com

*Attorney for Stearns Bank, N.A.*

Leon S. Jones
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
ljones@joneswalden.com

*Attorney for RTS Financial Service, Inc.*

David Weidenbaum
OFFICE OF THE US TRUSTEE
362 Richard Russell Bldg
75 Turner Drive
Atlanta, GA 30303

*U.S. Trustee*

Benjamin R Keck
KECK LEGAL, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329
470-826-6020
Email: bkeck@kecklegal.com

*Attorney for the Debtor*

Vivieon Kelly Jones
Assistant U.S. Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: (404) 581-6312
E-mail: vivieon.jones@usdoj.gov

*Attorneys for the United States by and through the United States Small Business Administration*

Law Office of James W. Martin, P.C.
James W. Martin
2566 Shallowford Rd, Ste. 104-108
Atlanta, GA 30345
(404) 733-7420
James@jmartinlawatl.com

*Attorney for North Mill Equipment Finance,*

4

WBD (US) 4937-1690-9367v7

| | |
|---|---|
| | *LLC* |
| A. Todd Sprinkle<br>Parker Poe Adams & Bernstein LLP<br>1075 Peachtree Street NE, Suite 1500<br>Atlanta, Georgia 30309<br>Telephone: (678) 690-5750<br><br>*Attorneys for PNC Equipment Finance, LLC* | Jeremy T. McCullough<br>McCullough LLC<br>1579 Monroe Dr., #251<br>Atlanta, GA 30324<br>O: 404-738-0456<br>jmccullough@jtm-law.com<br><br>*Attorneys for Pawnee Leasing Corporation* |
| Derek W. Mullins, Esq.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>633 Chestnut Street<br>Suite 1900<br>Chattanooga, TN 37450<br>dmullins@bakerdonelson.com<br><br>*Attorneys for U.S. Bank Equipment Finance* | Stephen P. Drobny, Esq.<br>Jones Walker LLP<br>3455 Peachtree Rd. NE<br>Suite 1400<br>Atlanta, GA 30326<br>Tel. (404) 870-7500<br>sdrobny@joneswalker.com<br><br>*Attorneys for Mitsubishi HC Capital America, Inc.* |
| Ford Motor Credit Company LLC Department<br>AIS Portfolio Services, LLC<br>Account: XXXX4543<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br><br>*Claims Processor for Ford Motor Credit Company LLC* | Matthew F. Kye, Esq.<br>Kye Law Group, P.C.<br>201 Old Country Road, Suite 120<br>Melville, NY 11747<br><br>*Attorneys for Sumitomo Mitsui Finance and Leasing Co., Ltd* |
| Deborah Ashen, Esq.<br>Ashen Law Group<br>217 N. Jefferson St., Suite 601<br>Chicago, IL 60661<br>Telephone (312) 655-0800<br>Fax: (312) 655-0801<br>E-mail: dsa@ashenlaw.com<br><br>*Attorney for Old National Bank.* | Kelly E. Waits<br>BURR & FORMAN LLP<br>1075 Peachtree Street, NE, Suite 3000<br>Atlanta, Georgia 30309<br>Telephone: (404) 815-3000<br>Facsimile: (404) 817-3244<br>kwaits@burr.com<br><br>*Attorney for Bank of America Leasing & Capital, LLC* |

WBD (US) 4937-1690-9367v7

| | |
|---|---|
| Kevin A. Forsthoefel | Jordan B. Forman, Esq. |
| Ausley McMullen | FOX ROTHSCHILD LLP |
| 123 South Calhoun Street (32301) | 999 Peachtree Street, NE, Suite 1500 |
| Post Office Box 391 | Atlanta, Georgia 30309 |
| Tallahassee, Florida 32302 | (404) 962-1000 |
| Telephone (850) 224-9115 | JForman@foxrothschild.com |
| Facsimile (850) 222-7560 | |
| kforsthoefel@ausley.com | *De Lage Landen Financial Services, Inc.* |

*Attorneys for JERIC HOLDINGS, LLC*

Andres H. Sandoval
Assistant U.S. Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: (404) 581-6096
Facsimile: (404) 581-6151
E-mail: andres.sandoval@usdoj.gov

*Attorneys for the United States by and through the United States Small Business Administration*

WBD (US) 4937-1690-9367v7